UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WILSON,

    Plaintiff,

v

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 1:09-cv-46

HON. JANET T. NEFF

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that the Commissioner's decision be reversed and the matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the opinion of the Court and the decision of the Commissioner of Social Security is reversed and the matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: February 17, 2010            /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge