UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WILSON, o.b.o. L.W. a minor,

    Plaintiff,                        Case No: 1:09-cv-46

v                                       HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 1, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Application for Attorneys Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. 20) and Plaintiff's Corrected Notice of Application for Attorneys Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt. 21) are granted in part and denied in part.

**IT IS FURTHER ORDERED** that counsel is awarded fees and costs in the amount of $2,287.50.

Dated: September 16, 2010                  /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge